NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILL H. QUARTERMAN )
DOC #140252, )
        Appellant, )
 )
v. )      Case No. 2D17-4406
 )
STATE OF FLORIDA, )
 )
        Appellee. )
_____ )

Opinion filed September 12, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; Nancy Moate Ley, Judge.

Will Harrison Quarterman, pro se.

Pamela Jo Bondi, Attorney General,
Tallahassee, Tampa, for Appellee.

PER CURIAM.

        Affirmed.

KELLY, BLACK, and ATKINSON, JJ., Concur.